## No. ——
### First Circuit

### STRICKLAND v. WINN

(January 28, 1926, Opinion and Decree)
(March 2, 1926, Rehearing Refused)
(See George Hathaway vs. Hizekia Winn, page 467 herein.)

---

Appeal from the Parish of Jefferson Davis, Hon. Thomas F. Porter, Judge.

Action by Mrs. Dorothy Strickland against Hizekia Winn. There was judgment for plaintiff and defendant appealed.

Judgment amended and affirmed.

McCoy and Moss, of Lake Charles, attorneys for plaintiff, appellee.

Modisette and Adams, of Jennings, attorneys for defendant, appellant.

ELLIOTT, J. Dissents for written reasons.

MOUTON, J. This case presents practically the same issues which were disposed of by judgment rendered in the suit George Hathaway vs. Hizekia Winn, et al. For the reasons therein assigned, it is ordered and decreed that the judgment of the lower court be hereby increased to the sum of five hundred ($500.00) dollars and as thus amended it be affirmed with cost.

---

I dissent for reasons assigned in case: Hathaway vs. Winn, this day decided.

(Signed) CLAY ELLIOTT, Judge.